# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MARY BESS MCEACHERN,** **#533376,** | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) CIVIL ACTION 22-131-CG-MU ) |
| **WARDEN NOAH PRICE OLIVER,** | ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 15th day of June, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE